

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed December 27, 2016

United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | CASE NO. 15-30475-HDH |
| | § | |
| **RONALD C. TRAVIS** | § | CHAPTER 13 |
| **LAURA TRAVIS** | § | |
| | § | |
| DEBTOR(S) | § | HARLIN D. HALE |

### ORDER GRANTING TRUSTEE'S OBJECTION TO CLAIM

On the 15th day of December, 2016, came on to be heard Trustee's Objection to Claim filed by Wells Fargo Bank, National Association, Claim No. 24 (Trustee Claim Numbers 45 and 53). It appears to the Court that cause exists for granting said Objection; that due notice has been given to the parties in interest, and Wells Fargo Bank, National Association.

**IT IS, THEREFORE ORDERED** that the Trustee's Objection to the Claim No. 24 (Trustee's Claim Numbers. 45 and 53) filed by Wells Fargo Bank, National Association, in the secured amount of $99,758.65, with prepetition arrears in the amount of $13,688.77, is hereby GRANTED; and;

**IT IS, FURTHER ORDERED** that Claim No. 24 (Trustee's Claim Numbers. 45 and 53) filed by Wells Fargo Bank, National Association, in the secured amount of $99,758.65, with prepetition arrears in the amount of $13,688.77, is hereby disallowed in its entirety.

### End of Order ###

Approved:

/s/ Tara Tankersley
Tara Tankersley
Attorney for Chapter 13 Trustee
State Bar No. 19636900
125 E John Carpenter Freeway
Suite 1100
Irving, Texas 75062
214-855-9200
214-965-0758